**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reggie Ljuan SMITH, Defendant–Appellant.**

**No. 14–14353**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 3, 2015.

R. Brian Tanner, James D. Durham, Edward J. Tarver, U.S. Attorney's Office,

---

Savannah, GA, Edmund A. Booth, Jr., Carlton R. Bourne, Jr., Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Brendan Neville Fleming, Brendan N. Fleming, LLC, Augusta, GA, for Defendant–Appellant.

Reggie Ljuan Smith, Estill, SC, pro se.

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for Reggie Smith in this direct criminal appeal, has moved to withdraw from further representation of Smith and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's revocations of supervised release and sentences are **AFFIRMED.**